# UNITED STATED DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELIZABETH E. CIESLA,

    Plaintiff,

CASE NO. 8:22-cv-1142

v.

CITY OF TEMPLE TERRACE,

    Defendant,

_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 28 USC §1441(a), defendant City of Temple Terrace hereby removes this action from the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida. In support of this Notice of Removal, defendant avers as follows:

### PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS

1. Plaintiff filed her Complaint in state court and alleges in ¶1 that the lawsuit "is brought pursuant to "Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §2000(e), as amended[.]" Plaintiff alleges claims for relief under Title VII in Counts I and III of her Complaint.

## GROUNDS FOR REMOVAL

2. Plaintiff has alleged in her Complaint violations of a federal statute. As this court would have original jurisdiction over these claims if plaintiff filed in federal court, defendant may remove this action. 28 USC §1331 (the federal district court has original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States); 28 USC §1441(a) (defendant may remove an action if district court has original jurisdiction).

## THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

3. Pursuant to 28 USC §1441(a), defendant has the right to remove this action.

4. Defendant has properly removed this case to the Middle District of Florida as the state court lawsuit was filed in this district and all the actions alleged by plaintiff occurred in this district.

5. Defendant was served with the Complaint on May 9, 2022. Therefore, defendant has timely removed this action.

6. After filing this Notice of Removal, defendant will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the 13th Florida Judicial Circuit in accordance with 28 U.S.C. § 1446(d).

7. True and correct copies of all process, pleadings, and orders served on the defendant in the action pending in the 13th Florida Judicial Circuit are attached hereto as Exhibit "A".

## NON-WAIVER OF DEFENSES

8. By removing this action from the 13th Florida Judicial Circuit, defendant does not waive any defenses available to it.

9. By removing this action from 13th Florida Judicial Circuit, defendant does not admit any of the allegations in plaintiff's Complaint.

**WHEREFORE**, defendant City of Temple Terrace removes the above-captioned action from the 13th Florida Judicial Circuit to the United States District Court for the Middle District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the May 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the parties of record and served counsel for plaintiff Michael A. Serrano and Candace Knox Hartley; Serrano Law; 25275 Wesley Chappel Blvd.; Lutz, FL 33559; mike@mikeserranolaw.com; cea@mikeserranolaw.com.

*/s/ Thomas P. Scarritt, Jr.*
THOMAS P. SCARRITT, JR.
Florida Bar Number: 0378781
MARTIN J. CHAMPAGNE, JR.
Florida Bar Number: 0605921
SCARRITT LAW GROUP, P.A.
1405 West Swann Avenue
Tampa, Florida 33606
Telephone: (813) 258-2300

Facsimile: (813) 258-3242
Attorneys for Defendant City of Temple Terrace